Eastern District of Kentucky
**FILED**

AUG 27 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**THOMAS R. BACK,** *Individually and on behalf of all other similarly situated states,*

    **Plaintiff,**

V.

**CHESAPEAKE OPERATING, LLC and CHESAPEAKE APPALACHIA, LLC,**

    **Defendant.**

CIVIL ACTION NO. 7:16-192-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) The defendants' motion to dismiss (DE 54) is GRANTED;

2) This action is DISMISSED and STRICKEN from the Court's active docket; and

3) This judgment is FINAL and APPEALABLE.

August 27, 2018



Signed By:
Karen K. Caldwell
United States District Judge